(30 South. 893)

Ex parte BRIDGEFORTH. (8 Div. 143.) (Supreme Court of Alabama. Nov. 28, 1918.) Certiorari to Court of Appeals. Petition for certiorari by Alice Bridgeforth, after conviction for violation of prohibition act. Petition denied. See, also, 16 Ala. App. 584, 80 South. 158. Wert & Lynne, of Decatur, for appellant. Emmett S. Thigpen, Atty Gen., for appellee.

MAYFIELD, J. Petition denied.

McCLELLAN, SAYRE, and GARDNER, JJ., concur.

(30 South. 893)

BRILLIANT COAL CO. v. PEARCE. (6 Div. 840.) (Supreme Court of Alabama. Feb. 8, 1919.) Appeal from Circuit Court, Marion County; C. P. Almon, Judge. J. H. Bankhead, Jr., of Jasper, for appellant. Weakley & Rice, of Birmingham, A. F. Fite, of Jasper, and E. B. & K. V. Fite, of Hamilton, for appellee.

PER CURIAM. Submission set aside, and appeal dismissed by appellant, as per agreement on file. See, also, 200 Ala. 630, 77 South. 4.

(80 South. 893)

BURLESON v. WESTBROOK. (6 Div. 560.) (Supreme Court of Alabama. Dec. 19, 1918.) Appeal from Circuit Court, Marion County; C. P. Almon, Judge. Action between A. H. Burleson and J. D. Westbrook, in which the former appeals. Appeal dismissed. R. W. Quinn, of Birmingham, and A. H. Carmichael, of Tuscumbia, for appellant. E. B. & K. V. Fite, of Hamilton, for appellee.

PER CURIAM. Appeal dismissed by appellant, as per agreement on file.

(80 South. 893)

CARTER v. FILLMON. (4 Div. 753.) (Supreme Court of Alabama. Jan. 23, 1919.) Appeal from Circuit Court, Pike County; A. B. Foster, Judge. W. L. & R. S. Parks, of Andalusia, for appellant. J. L. R. Boyd, of Troy, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(80 South. 893)

Ex parte CRAWLEY. (7 Div. 988.) (Supreme Court of Alabama. Nov. 21, 1918.) Certiorari to Court of Appeals. Petition by Pat Crawley for certiorari to the Court of Appeals to review and revise the judgment of said court in the case of Pat Crawley v. State, 16 Ala. App. 545, 79 South. 804. Writ denied. Thomas J. Judge and Thomas J. Roe, both of Birmingham, for appellant. F. Loyd Tate, Atty. Gen., for the State.

SAYRE, J. Petition of Pat Crawley for certiorari to the Court of Appeals to review and revise the judgment of such court rendered in the case of Pat Crawley v. State, 16 Ala. App. 545, 79 South. 804. Writ denied.

(80 South. 893)

DUNLAP v. STATE. (6 Div. 821.) (Supreme Court of Alabama. Nov. 23, 1918. Rehearing Denied Dec. 23, 1918.) Certiorari to Court of Appeals. F. S. Dunlap was convicted of operating a penny-in-the-slot machine without license, and the judgment of conviction was affirmed by the Court of Appeals (16 Ala. App. 440, 78 South. 638), and he brings certiorari. Writ denied. Frank S. Andress, of Birmingham, for appellant. Emmett S. Thigpen, Atty. Gen., for the State.

SOMERVILLE, J. Certiorari to Court of Appeals to review and revise the judgment of said court rendered in the case of F. S. Dunlap v. State of Alabama, 16 Ala. App. 440, 78 South. 638. Writ denied.

(80 South. 893)

GAY v. NORTHEN. (7 Div. 87.) (Supreme Court of Alabama. Jan. 16, 1919.) Appeal from Circuit Court, Clay County; Hugh D. Merrill, Judge. E. P. Gay, of Ashland, for appellant.

PER CURIAM. Affirmed on certificate.

(80 South. 893)

Ex parte FLEMING. (4 Div. 775.) (Supreme Court of Alabama. Feb. 8, 1919.) A. G. Seay, of Troy, for appellant. H. L. Martin, of Ozark, for appellee.

PER CURIAM. Petition by W. E. Fleming for mandamus to be directed to Hon. John H. Wilkerson, Special Chancellor, ordering him to vacate and annul an order reviving the case of W. A. Copeland v. W. E. Fleming, in the name of Smithie Copeland, as the widow of W. A. Copeland, and for other and general relief. Petition denied. See, also, 200 Ala. 531, 76 South. 857.

(80 South. 893)

HOLLEY v. HOLLEY. (6 Div. 809.) (Supreme Court of Alabama. Nov. 14, 1918.) Appeal from Circuit Court, Tuscaloosa County; H. B. Foster, Judge. Action between Ann Holley and John W. Holley. The former appeals. Appeal dismissed.

PER CURIAM. Appeal dismissed by appellant.

(80 South. 893)

HOPPER v. HARRIS et al. (7 Div. 968.) (Supreme Court of Alabama. Feb. 6, 1919.) Appeal from Circuit Court, Etowah County; J. E. Blackwood, Judge. Suit by J. A. Hopper against Dave Harris and others to foreclose a mortgage. From a decree dismissing the bill, complainant appeals. Affirmed. Culli & Martin, of Gadsden, for appellant. W. J. Boykin, of Gadsden, for appellees.

ANDERSON, C. J. It is questionable as to whether or not the mortgage in question was given for a legal consideration; but, conceding that it was, the weight of the evidence shows that it was surrendered and satisfied by the mortgagee to the mortgagor before the death of the latter, and the trial court did not err in dismissing complainant's bill seeking a foreclosure of said mortgage. The decree of the circuit court is affirmed. Affirmed.

MAYFIELD, SOMERVILLE, and THOMAS, JJ., concur.